■ HENRY SIEGEL et al., Appellants, v RICHARD C. SURLES et al., Respondents. [657 NYS2d 549] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered July 10, 1995, unanimously affirmed for the reasons stated by Lebedeff, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger and Rubin, JJ.